**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE: CHAPTER 13
    Sandra D. Applebee CASE NO. 13-50533-MAR
                                      JUDGE Mark A. Randon
          Debtor(s),

## OBJECTION TO PROOF OF CLAIM OF CAPITAL ONE, NA (CLAIM #5)

Now come the Debtors, by and through their attorney, John Z. Kallabat, and for their objection to the proof of claim states as follows:

1. That Capital One, NA filed a proof of claim in the amount of $4,707.90 on September 6, 2013

2. That the proof of claim does not comply with FRBP 3001(c) .When a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim. If the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim.

If documents are too voluminous to attach to the proof of claim, the creditor must provide a statement itemizing the total amount of the debt and if the claim includes interest and fees in additional principal, must provide the agreement or other authority for the amount of validity of the charge. In re Vann, 321 B.R.734 (Bankr.W.D. Wash.2005).

A credit card or consumer account creditor, in order for the proof of claim to be given prima facie effect, must attach an account statement containing the debtor's name, account number, the prepetition account balance, interest rate, and a breakdown of the interest charges, finance charge and other fees that make up the balance of the debt, or attach enough monthly statements so that this information can be easily determined. In re Armstrong, 320 B.R. 97 (Bankr.N.D. Tex. 2005).

3. That the proof of claim does not include the breakdown of the total expenses, the interest rate, a breakdown of the interest charges, or the agreement or other authority for the amount of validity of the charge.

    **WHEREFORE**, Debtors request that this Honorable Court deny the claim of Capital One, NA in its entirety.

**Dated: February 10, 2015**                               /s/ John Z. Kallabat
                                                                     John Z. Kallabat (P49891)
                                                                     31000 Northwestern Hwy, Suite 201
                                                                     Farmington Hills, MI 48334
                                                                     248-647-6611
                                                                     248-702-0552
                                                                    ecf@kallabatlaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
|     Sandra D. Applebee | CASE NO. 13-50533-MAR |
| | JUDGE Mark A. Randon |
|         Debtor(s), | |
|                 / | |

**ORDER DENYING THE PROOF OF CLAIM FILED BY CAPITAL ONE, NA
(PACER CLAIM #5)**

    **IT IS HEREBY ORDERED** that the claim of Capital One, NA in its entirety is denied.

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
|     Sandra D. Applebee | CASE NO. 13-50533-MAR |
| | JUDGE Mark A. Randon |
|         Debtor(s), | |
|                 / | |

**NOTICE OF OBJECTION TO CLAIM OF CAPITAL ONE NA**
**(CLAIM #5)**

Sandra D. Applebee have filed an objection to your claim in this bankruptcy case.
**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, you must file a response by 7 days before the date set for the hearing on the objection, the court may cancel the hearing and enter an order sustaining the objection. Therefore, on or before March 18, 2015 you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:
U. S. Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

Krispen S. Carroll, Chapter 13 Trustee- 719 Griswold Street, Suite 1100, Detroit, MI 48226
SANDRA D APPLEBEE  456 MUSKOKA, COMMERCE TOWNSHIP, MI 48382
John Z. Kallabat: 30100 Telegraph Rd, Suite 404, Bingham Farms, MI 48025.

2. Attend the hearing on the objection, scheduled to be held on **March 25, 2015 at 11:00 a.m**. in Courtroom 1825 211 West Fort Street, Detroit, MI unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony, nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objections sustained.**

| | |
|---|---|
| **Dated: February 10, 2015** | /s/ John Z. Kallabat |
| | John Z. Kallabat (P49891) |
| | 31000 Northwestern Hwy, Suite 201 |
| | Farmington Hills, MI 48334 |
| | 248-647-6611 |
| | 248-702-0552 |
| | ecf@kallabatlaw.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:                                                               CHAPTER 13
      Sandra D. Applebee                             CASE NO. 13-50533-MAR
                                                             JUDGE Mark A. Randon
                    Debtor(s),

**PROOF OF SERVICE**

      John Z. Kallabat, being first duly sworn, deposes and says that he is the attorney for the Debtor in the above cause and that on February 10, 2015 he served a copy of the Debtors' Objection to Proof of Claim Proof of Services and Notice of Objection on the following parties by U. S. Mail with First Class U.S. postage fully prepaid:


SANDRA D APPLEBEE
456 MUSKOKA
COMMERCE TOWNSHIP, MI 48382


Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**ECF Mailing**
Krispen S. Carroll

**Dated: February 10, 2015**                                /s/ John Z. Kallabat
                                                                             John Z. Kallabat (P49891)
                                                                             31000 Northwestern Hwy, Suite 201
                                                                             Farmington Hills, MI 48334
                                                                             248-647-6611
                                                                             248-702-0552
                                                                             ecf@kallabatlaw.com