# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

IN RE:

      Sandra D. Applebee

             Debtor(s),

CASE NO. 13-50533
JUDGE: Mark A. Randon
Chapter 13

## STIPULATION TO WITHDRAW OBJECTION TO PROOF OF CLAIM

Now comes the Debtor, represented by Attorney John Z Kallabat and the Chapter 13 Trustee and stipulate that the objection to the Proof of Claim as to Claim No. 5, Capital One filed by the Debtors, is hereby WITHDRAWN.

Dated: March 19, 2015

Krispen S. Carroll, Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit MI 48236

Dated: March 19, 2015

/s/John Z. Kallabat
John Z Kallabat
Attorney for Debtors
31000 Northwestern Hwy, Suite 201
Farmington Hills, MI 48334
ecf@kallabatlaw.com
Attorney Bar Number: P49891